UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILIP G. BAGLEY, #052938,

    Plaintiff,

v.                                    CASE NO.: 4:09cv507-SPM/WCS

FREDERICK B. DUNPHY, et al.,

    Defendant.

_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Stay. Doc. 9. The Court will treat it as a motion for reconsideration, which the clerk shall refer to the magistrate judge.

SO ORDERED this 5th day of March, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge