IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP G. BAGLEY,

    Plaintiff,

v.                                      CASE NO. 4:09cv507-SPM/WCS

FREDERICK P. DUNPHY, et al,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 20) dated June 30, 2010. Plaintiff Bagley has filed objections (doc. 23) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

Bagley's reliance on Wilkinson v. Dotson, 544 U.S. 74 (2005) to overcome the Heck bar is misplaced because the plaintiffs in Wilkinson were serving prison sentences while challenging parole procedures. Bagley, on the other hand, was freed on parole and his current incarceration is based on his parole revocation. Thus if Bagley were to succeed on his claims regarding his parole revocation,

such a determination would necessarily demonstrate that his parole was unlawfully revoked and that his confinement is invalid. See Williams v. Consovoy, 453 F.3d 173, 177 (3d Cir. 2006) (constitutional challenge to parole revocation barred by Heck.); Worthy v. N.J. State Parole Bd., 184 Fed. Appx. 262, 264-65 (3d Cir. 2006) (same). Bagley's claims are therefore barred by Heck, as correctly determined by the magistrate judge. The magistrate judge's other determinations, regarding the statute of limitations, privacy rights, and lack of liberty interest in parole in Florida, are also correct.

Accordingly, it is ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 20) is ADOPTED and incorporated by reference in this order.

2. The amended complaint (doc. 18) is dismissed for failure to state a claim upon which relief may be granted.

3. The clerk shall note on the docket that the dismissal is pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 20th day of August, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge

CASE NO. 4:09cv507-SPM/WCS